1

**AKERMAN LLP**
BRENDA K. RADMACHER (024955)
brenda.radmacher@akerman.com
JOSHUA R. MANDELL (*pro hac vice* forthcoming)
joshua.mandell@akerman.com
601 W. Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

Attorneys for Plaintiff
Hybrid Financial Ltd.

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

10

## DISTRICT OF ARIZONA

11

12

| Hybrid Financial Ltd., a Canadian corporation, | CASE NO. |
|---|---|
| Plaintiff, | |
| v. | **COMPLAINT:** |
| Item 9 Labs Corp., a Delaware corporation, | **(1)  Breach of Contract** |
| Defendant. | **(2)  Account Stated** |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AKERMAN LLP
601 W. FIFTH STREET .SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

70537087;1

**COMPLAINT**

AKERMAN LLP

601 W. FIFTH STREET .SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**COMPLAINT**

For its complaint against defendant, plaintiff alleges the following:

**NATURE OF ACTION**

1.      This action arises from defendant's failure to honor contractual payment obligations to plaintiff under a written marketing agreement ("Agreement") dated February 22, 2022.

2.      Pursuant to the Agreement, defendant agreed to pay to plaintiff a monthly fee of $22,500.00.

3.      As of the date of this complaint, defendant has refused to pay plaintiff a total of $270,000.00 for 12 months of marketing services.

**PARTIES**

4.      Plaintiff is a corporation organized under the Canada Business Corporations Act and maintains its registered office at 222 Bay Street, Suite 2600, Toronto, Ontario M5K 1B7.

5.      Plaintiff provides marketing and other services to U.S. and Canadian public and other companies.

6.      Defendant engaged plaintiff to provide defendant with marketing services.

7.      Upon information and belief, defendant is a Delaware corporation and maintains its principal executive offices at 4802 E. Ray Road, Suite 23, Phoenix, Arizona 85044.

8.      Defendant is a public company registered with U.S. Securities and Exchange Commission ("SEC") whose shares of common stock trades on the Nasdaq over-the-counter market under the symbol INLB.

**JURISDICTION AND VENUE**

9.      This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 USD, exclusive of costs

1    and interest, and the action is between a citizen of Arizona and a citizen of Toronto,

2    Ontario, Canada.

3        10.    This Court has personal jurisdiction over defendant because defendant

4    maintains its principal place of business in the District of Arizona.

5        11.    Venue is proper in this district pursuant to 28 U.S.C. § 1391 because

6    defendant resides in the District of Arizona.

7    **FACTS**

8        12.    In defendant's January 13, 2023 Form 10-K filed with the SEC,

9    defendant represents itself as a holding company, investing in cannabis and cannabis-

10    related businesses.

11        13.    Plaintiff and defendant entered into a marketing Agreement on or about

12    February 22, 2022.

13        14.    Under the Agreement, plaintiff's services to defendant commenced on

14    March 1, 2022.

15        15.    Pursuant to paragraph 6 and Schedule "B" of the Agreement, defendant

16    agreed to compensate plaintiff by paying a monthly fee of $22,500.00.

17        16.    Pursuant to paragraph 6 and Schedule "B," the parties also agreed that, if

18    defendant does not complete a financing during the Initial Term of the Agreement,

19    plaintiff shall issue an invoice upon completion of the Initial Term for $270,000.00,

20    due within ten days of receipt.

21        17.    The Agreement defined the Initial Term as the period beginning March 1,

22    2022, and continuing for a period of 12 months.

23        18.    Plaintiff delivered to defendant written reports describing plaintiff's

24    marketing services provided during the Initial Term.

25        19.    On March 13, 2023, plaintiff issued Invoice #7040 to defendant in the

26    amount of $270,000.00 for services provided during the Initial Term.

27        20.    In breach of the Agreement, defendant refused to pay Invoice #7040, in

28    whole or in part.

**AKERMAN LLP**
601 W. FIFTH STREET .SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

2
**COMPLAINT**

21. Under paragraph 5 of the Agreement, plaintiff reserved the right to claim interest, compensation, and reasonable costs of recovery.

22. At various times following the Initial Term, plaintiff demanded that defendant pay Invoice #7040.

23. On April 19, 2023, plaintiff's counsel demanded that defendant remit by April 28, 2023, the principal amount owing of $270,000.00.

24. Defendant failed to comply, in whole or in part, with plaintiff's demands for payment.

25. All conditions precedent to payment of Invoice #7040 have been satisfied or waived. Thus, plaintiff seeks to enforce defendant's payment obligation under the Agreement only, a remedy available through this Court that does not advance or promote acts that violate the Controlled Substances Act.

## FIRST CLAIM

### (Breach of Contract)

26. Plaintiff repeats and incorporates the allegations in paragraphs 1 through 25 of this complaint.

27. Pursuant to the Agreement, defendant was obligated to pay plaintiff for marketing services.

28. Plaintiff fulfilled its obligation to provide marketing services to defendant and all conditions required of it under the Agreement.

29. Defendant refused to abide by its obligations to pay plaintiff for the marketing services.

30. Defendant breached the Agreement.

31. By reason of the foregoing, plaintiff incurred damages of $270,000.00.

## SECOND CLAIM

### (Account Stated)

32. Plaintiff repeats and incorporates the allegations in paragraphs 1 through 31 of this complaint.

AKERMAN LLP
601 W. FIFTH STREET .SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

70537087;1

3

**COMPLAINT**

33.    Plaintiff and defendant established an express agreement as to the amount of plaintiff's compensation for marketing services.

34.    Plaintiff issued an invoice to defendant for marketing services.

35.    Defendant accepted the invoice without objection.

36.    Plaintiff's invoice, and defendant's acceptance of the invoice, established an account stated.

37.    Outstanding and unpaid is plaintiff's Invoice #7040.

38.    By reason of the foregoing, plaintiff incurred damages of $270,000.00.

WHEREFORE, plaintiff demands judgment against defendant on each claim for:

A.    The principal amount of $270,000.00.

B.    Prejudgment interest at the rate of 3% accrued on the principal amount.

C.    Reimbursement of compensation and reasonable costs of recovery, including attorneys' fees.

D.    Such other relief as the Court deems proper.

Dated:  June 15, 2023                    **AKERMAN LLP**


                                         By: */s/ Brenda K Radmacher*
                                              Brenda K. Radmacher
                                              Joshua R. Mandell (pro hac vice forthcoming)
                                              *Attorneys for Plaintiff*
                                              *HYBRID FINANCIAL LTD.*

**AKERMAN LLP**
601 W. FIFTH STREET .SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342