# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hybrid Financial Limited,<br><br>    Plaintiff,<br><br>v.<br><br>Item 9 Labs Corporation,<br><br>    Defendant. | No. CV-23-01096-PHX-SMM<br><br>**ORDER** |

This matter is before the Court on the Notice of Voluntary Dismissal with Prejudice (Doc. 14), filed by Plaintiff on March 28, 2025. Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice.

Accordingly,

**IT IS ORDERED directing** the Clerk of Court to terminate this action in its entirety.

Dated this 28th day of March, 2025.

_____
Stephen M. McNamee
Senior United States District Judge